**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 01-7404**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TYRONE IGNATIUS GREENFIELD,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-93-123-A)

───────────────

Submitted: March 14, 2002          Decided: March 22, 2002

───────────────

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Tyrone Ignatius Greenfield, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tyrone Ignatius Greenfield seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Greenfield's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Greenfield, No. CR-93-123-A (E.D. Va. June 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2